**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

**Civil Action No.** 2:14-cv-20233

---

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants

named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference.

Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Wanda L. Injasoulian

2. Plaintiff's Spouse (if applicable)

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

4. State of Residence

   Alaska

5. District Court and Division in which venue would be proper absent direct filing.

   United States District Court for the State of Alaska

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Ethicon, Inc.

   ☑ B. Johnson & Johnson

Revised: 5/28/14

☐   C.  American Medical Systems, Inc. ("AMS")

☐   D.  Boston Scientific Corporation

☐   E.  C. R. Bard, Inc. ("Bard")

☐   F.  Sofradim Production SAS ("Sofradim")

☐   G.  Tissue Science Laboratories Limited ("TSL")

☐   H.  Mentor Worldwide LLC

☐   I.  Coloplast Corp.

☐   J.  Cook Incorporated

☐   K.  Cook Biotech, Inc.

☐   L.  Cook Medical, Inc.

☐   M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐   N.  Neomedic International, S.L.

☐   O.  Neomedic Inc.

☐   P.  Specialties Remeex International, S.L.

7.  Basis of Jurisdiction

☑   Diversity of Citizenship

☐   Other: _____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 9

Paragraph 10

Paragraph 11

B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

8.  Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐ Prolift

☐ Prolift +M

☐ Gynemesh/Gynemesh PS

☐ Prosima

☑ TVT

☐ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

_____

_____

9.  Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

☐ Prolift

☐ Prolift +M

☐ Gynemesh/Gynemesh PS

☐ Prosima

☑ TVT

3

☐     TVT-Obturator (TVT-O)

☐     TVT-SECUR (TVT-S)

☐     TVT-Exact

☐     TVT-Abbrevo

☐     Other

10. Date of Implantation as to Each Product:

April 16, 2012

11. Hospital(s) where Plaintiff was implanted (including City and State):

Providence Alaska Medical Center

Anchorage, AK

12. Implanting Surgeon(s):

Roger Biehl, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I – Negligence

☑     Count II – Strict Liability – Manufacturing Defect

☑     Count III – Strict Liability – Failure to Warn

☑     Count IV – Strict Liability – Defective Product

4

☑ Count V – Strict Liability – Design Defect

☑ Count VI – Common Law Fraud

☑ Count VII – Fraudulent Concealment

☑ Count VIII – Constructive Fraud

☑ Count IX – Negligent Misrepresentation

☑ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

5

<u>**s/** Brandon H. Steffey</u>
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Jensen & Associates
Keith M. Jensen, Esq.
State Bar of Texas No. 10646600
Email: kj@jensen-law.com
Brandon H. Steffey
State Bar of Texas No. 24047207
Email: bhs@jensen-law.com
1024 N. Main Street
Fort Worth, Texas 76164
Tel: (817) 334-0762
Fax: (817) 334-0110